COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-18-00798-CV

Style:      Cook Incorporated and Cook Medical, LLC v. Jeffrey Alan Pavlock

Date motion filed[*]:      August 8, 2019

Type of motion:      First Unopposed Motion for Extension of Time to File Appellee's Brief

Party filing motion:      Appellee Jeffrey Alan Pavlock's Counsel Tim K. Goss

Document to be filed:      Appellee's Brief

If motion to extend time:

      Original due date:      N/A

      Number of extensions granted:    0    Current Due Date:  N/A

      Date Requested:      November 29, 2019

Ordered that motion is:

      ☐ Granted in part

      ☑ Denied (<u>without prejudice</u>)

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

      Because appellants' brief has not yet been filed and their deadline has been extended until September 19, 2019, appellee's motion is premature. Accordingly, appellee's motion for extension of time to file appellee's brief is **denied without prejudice** to refiling after the appellants' brief is filed. *See* TEX. R. APP. P. 38.6(b) (stating that appellee's brief will be due 30 days after appellant's brief is filed in regular appeal).

Judge's signature: ___/s/ Laura C. Higley_____

      ☑ Acting individually    ☐ Acting for the Court

Date: ___August 13, 2019___